UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ALAN BRENT WILKINS )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>CONSOLIDATED COMMUNICATIONS )<br>HOLDINGS, INC. )<br>          Defendant ) | **JUDGMENT**<br>No. 5:23-CV-655-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 14, 2025 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on March 14, 2025, and Copies To:**
Bijan Ghom / Cody Stevens Deckert / Raymond Earl Dunn, Jr. (via CM/ECF Notice of Electronic Filing)
William J. McMahon, IV / Nia Doaks (via CM/ECF Notice of Electronic Filing)

March 14, 2025                    PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk